UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JUAN ORTEGA, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

POP AND BOTTLE, INC.,

                Defendant.
---------------------------------------------------------------x

Case No.: 1:22-cv-00932-PGG-GWG

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Juan Ortega hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Pop and Bottle, Inc.

DATED:  February 28, 2022

**MIZRAHI KROUB LLP**

      /s/ JOSEPH H. MIZRAHI
        JOSEPH H. MIZRAHI

JOSEPH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

**Memo Endorsed:**  The Clerk of Court is directed to close this case.
Dated:  March 1, 2022

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge